**Fill in this information to identify the case:**

Debtor 1     Theresa Gail Mercadante

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern     District of  Florida
                                                                   (State)

Case number  25-18249-CLC

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, not in its individual capacity, but solely as owner trustee for GS MORTGAGE-BACKED SECURITIES TRUST 2023-RPL1

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: ******2194

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[✓] No
[ ] Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges |  | (1) | $ |
| 2. Non-sufficient funds (NSF) fees |  | (2) | $ |
| 3. Attorney fees |  | (3) | $ |
| 4. Filing fees and court costs |  | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 9/29/2025 | (5) | $ 262.50 |
| 6. Appraisal/Broker's price opinion fees |  | (6) | $ |
| 7. Property inspection fees |  | (7) | $ |
| 8. Tax advances (non-escrow) |  | (8) | $ |
| 9. Insurance advances (non-escrow) |  | (9) | $ |
| 10. Property preservation expenses. Specify: |  | (10) | $ |
| 11. Other. Specify: Plan Review | 9/29/2025 | (11) | $ 262.50 |
| 12. Other. Specify: |  | (12) | $ |
| 13. Other. Specify: |  | (13) | $ |
| 14. Other. Specify: |  | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page 1

Debtor 1  **Theresa Gail Mercadante**
First Name   Middle Name   Last Name

Case number (*if known*) 25-18249-CLC

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *[Signature]*
Signature

Date  11 / 6 / 2025

Print: **Jennifer Laufgas**
First Name   Middle Name   Last Name

Title **Authorized Agent for Creditor**

Company **Aldridge Pite, LLP**

Address **Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700**
Number    Street
**Atlanta**        **GA**    **30305**
City            State    ZIP Code

Contact phone ( 404 ) 994 – 7400

Email  jlaufgas@aldridgepite.com

Official Form 410S2   **Notice of Postpetition Mortgage Fees, Expenses, and Charges**   page 2

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that I caused a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges to be served electronically or via U.S. Mail, first-class postage prepaid, to:

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**
Theresa Gail Mercadante
15850 SW 151 Terr
Miami, FL 33196-5719

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**
Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013
eservice@blancopa.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**
Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027
e2c8f01@ch13miami.com

**U.S. TRUSTEE**
**(VIA ELECTRONIC NOTICE)**
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

    Dated: December 22, 2025

    /s/ Jennifer Laufgas
    Jennifer Laufgas, FL Bar No. 56181
    Aldridge Pite, LLP
    Attorney for Secured Creditor
    Six Piedmont Center
    3525 Piedmont Road, N.E., Suite 700
    Atlanta, GA 30305
    Phone: (404) 994-7400
    Fax: (619) 590-1385
    Email: jlaufgas@aldridgepite.com

PROOF OF SERVICE